**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| WILLIAM EVANS, | : | No. 55 EM 2017 |
| Petitioner | : | |
| v. | : | |
| THE COMMONWEALTH COURT OF PENNSYLVANIA (HARRISBURG DIVISION), | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of July, 2017, the Application for Leave to File Original Process and the Application for Leave to File a Response are **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.